## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOWUAN PARKER, et al.**   * | |
| * | |
| Plaintiffs   * | |
| * | Case No. 1:05CV01406 |
| v.   * | Judge Ellen Segal Huvelle |
| * | |
| **GREENWAY APARTMENTS, L.P., et al.** * | |
| * | |
| Defendants.   * | |

### ANSWER TO COMPLAINT

Greenway Apartments, L.P. and E&G Property Services, Inc., by undersigned counsel, answer the Complaint filed by Plaintiffs as follows:

1. Defendants admit the first sentence of Paragraph 1 of the Complaint. Defendants deny the remaining allegations of Paragraph 1.

2. Admitted.

3. Defendants deny having knowledge and information sufficient to respond to the allegations contained in Paragraph 3 of the Complaint and therefore deny same.

4. Defendants deny having knowledge and information sufficient to respond to the allegations contained in Paragraph 4 of the Complaint and therefore deny same.

5. The last sentence of Paragraph 5 of the Complaint is denied. The remaining allegations of Paragraph 5 are admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Defendants deny having knowledge and information sufficient to respond to the allegations contained in Paragraph 10 of the Complaint and therefore deny same.

11. Defendants deny having knowledge and information sufficient to respond to the allegations contained in Paragraph 11 of the Complaint and therefore deny same.

12. Denied.

13. Defendants deny having knowledge and information sufficient to respond to the allegations contained in Paragraph 13 of the Complaint and therefore deny same.

14. Defendants deny having knowledge and information sufficient to respond to the allegations contained in Paragraph 14 of the Complaint and therefore deny same.

15. Defendants deny having knowledge and information sufficient to respond to the allegations contained in Paragraph 15 of the Complaint and therefore deny same.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Defendants rely upon their responses to the specific allegations contained in each paragraph of the Complaint.

26. Admitted.

27. Denied.

28. Defendants rely upon their responses to the specific allegations contained in each paragraph of the Complaint.

29. Admitted.

30. Denied.

31. Defendants rely upon their responses to the specific allegations contained in each paragraph of the Complaint.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

Any allegation contained in the Complaint, not specifically admitted, is denied.

## Affirmative Defenses

First

    Plaintiffs are/were in violation of their lease and are not entitled to any relief.

Second

    Plaintiffs have refused Defendants' attempts to move Plaintiffs to other apartments on the first level.

Third

    Plaintiffs are not qualified to move to other apartments owned/operated by Defendants.

<u>Fo</u>urth

Plaintiffs have failed/refused to complete required paperwork to attempt to effectuate a move to accommodate Plaintiffs.

WHEREFORE, the premises considered, Defendants request the case be dismissed and the relief requested by Plaintiffs be denied.

Respectfully submitted,

/s/ Stephen Nichols
John B. Raftery
Todd Kelting
Stephen Nichols Bar No. 429686
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda, MD 20814
(301) 961-9200
Attorneys for Defendants

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on this 11th day of August 2005, a copy of the foregoing Answer to Complaint was delivered by facsimile and first-class mail to:

Beth Pepper, Esq.
201 N. Charles St.
Suite 1700
Baltimore, MD 21201
Fax: (410) 752-7392

Harvey Williams, Esq.
1666 Connecticut Ave., N.W.
Suite 225
Washington, D.C. 20009
Fax: (202) 462-5900

/s/ Stephen Nichols
John B. Raftery
Stephen Nichols