IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Daniel Parker and Lowuan Parker** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:05cv01406 |
| | ) | (ESH) |
| **Greenway Apartments L.P., et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR SPECIAL ADMISSION OF ATTORNEY**

Harvey S. Williams, counsel for plaintiffs Daniel Parker and Lowuan Parker, pursuant to LCvR 83.2, moves for the admission pro hac vice of Beth Pepper, Esquire, for the purpose of appearing and participating in the above-referenced case before this honorable court, and for cause says:

1.  As evidenced by the Certificate of Counsel attached as Exhibit 1 and incorporated herein, Beth Pepper is a member in good standing of the bar of the State of Maryland.

2.  Beth Pepper has previously acted as lead counsel in federal district court and contested jury trials in Maryland.

3.  Beth Pepper is experienced in handling and management of complex litigation, which will be of assistance to the Court and promote the efficient administration of justice in this case.

4.  Counsel for defendants consents to this Motion.

WHEREFORE, movant prays that the Court enter an Order specially admitting Beth Pepper, Esq., for the purpose of appearing and participating in this case, pro hac vice, for plaintiffs Daniel Parker and Lowuan Parker.

Respectfully submitted,

DANIEL PARKER
LOWUAN PARKER

By Counsel

_____S_____
Harvey S. Williams
D.C. Bar No. 437147
Law Office of Harvey S. Williams
1666 Connecticut Avenue, N.W.
Ste. 225
Washington, D.C. 20009
Tel. No. (202) 462-5900
Fax No. (202) 462-5904

Beth Pepper
201 N. Charles Street
Suite 1700
Baltimore, MD 21201
Tel (410) 752-2744
Fax (410) 752-7392

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of August, 2005, a true and correct copy of the foregoing Consent Motion for Special Admission of Attorney, Certificate of Counsel and Proposed Order was electronically filed and sent by first-class mail, postage prepaid, to John B. Raftery, Esq., Deckelbaum Ogens & Raftery, 3 Bethesda Metro Center, Suite 200, Bethesda, MD 20814, Counsel for Defendants.

_____S_____
Harvey S. Williams