**CERTIFICATE OF COUNSEL**

I HEREBY CERTIFY:

1. I am a member of good standing of the bar of Maryland. I am also on the inactive list in the District of Columbia, having been admitted in the late 1980s.

2. I have previously acted as lead counsel in federal district court and contested jury trials in the federal courts of Maryland.

3. I am familiar with the current version of the Federal Rules of Civil Procedure and the Federal Rules of Evidence, the Local Rules of this Court, and the D.C. Rules of Professional Conduct.

I declare under the penalty of perjury that the foregoing is true and correct.

____July 26, 2005____  
Date

*Beth Pepper* (signature)  
Beth Pepper  
Fed. Bar # 03812  
201 N. Charles Street  
Ste. 1700  
Baltimore, MD 21201  
Tel No. (410) 752-2744  
Fax No. (410) 752-7392