IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Daniel Parker and Lowuan Parker** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: 1:05cv01406 |
| ) | (ESH) |
| **Greenway Apartments L.P., et al.** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Upon consideration of the Consent Motion For Special Admission Of Attorney, for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Beth Pepper as counsel on behalf of Daniel Parker and Lowuan Parker, it is this _____ day of _____, 2005,

ORDERED, that the motion be, and the same hereby is GRANTED; and it is further,

ORDERED, that Beth Pepper is specially admitted to practice in the District of Columbia before this Court for the purposes of appearing and participating in the above-captioned case as counsel on behalf of Daniel Parker and Lowuan Parker, and that she is permitted to attend all subsequent proceedings in this case without being accompanied by a member of the bar of this Court.

_____
Ellen Segal Huvelle
United States District Judge

COPIES TO:

Harvey S. Williams, Esq.
Law Office of Harvey S. Williams
1666 Connecticut Avenue, N.W.
Ste. 225
Washington, D.C.  20009

Beth Pepper, Esq.
201 N. Charles Street
Suite 1700
Baltimore, MD 21201

Counsel for Plaintiffs

    and

John B. Raftery, Esq.
Deckelbaum Ogens & Raftery
3 Bethesda Metro Center
Suite 200
Bethesda, MD  20814

Counsel for Defendants