IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWUAN PARKER, et al.          )<br>                                )<br>        Plaintiffs,            )<br>                                )<br>    v.                          )<br>                                )<br>GREENWAY APARTMENTS, L.P., et al. )<br>                                )<br>        Defendants.           )  | Civil Action No. 05-1406<br>(ESH) |

## REPORT OF LOCAL CIVIL RULE 16.3 CONFERENCE

Pursuant to LCvR 16.3(c) counsel respectfully submit the following report of their conference:

1. <u>Status of Dispositive Motions</u>. No dispositive motions have been filed.

2. <u>Amended Pleadings</u>: Parties may amend their pleadings or add additional parties up to 60 days prior to the close of discovery.

3. <u>Assignment to Magistrate Judge</u>: The parties agree to submit the case to a magistrate judge only for discovery disputes and not for trial.

4. <u>Settlement Position</u>: Prospects for settlement are not clear at this point, but the parties agree to submit this case to mediation.

5. <u>Alternative Dispute Procedures</u>: The parties agree to submit this case to mediation.

6. <u>Dispositive Motions</u>: The parties agree that any dispositive motion should be filed within 30 days after the close of discovery, that any opposition to that motion should be filed within 30 days of the filing of the motion, and that any reply should be filed within 14 days of the filing of the opposition.

7. Initial Disclosures: The parties agree that disclosures pursuant to Rule 26(a)(1) shall be made no later than September 22, 2005.

8. Discovery: The parties request 150 days following the scheduling conference in order to complete discovery. The parties request that Requests for Admission be allowed to be filed until 60 days before trial.

9. Experts: The parties agree that plaintiffs shall file their Rule 26(a)(2) expert witness statements 60 days prior to the close of discovery; defendant shall file any 26(a)(2) reports 30 days thereafter; and plaintiffs shall file any rebuttal expert statements 15 days thereafter.

10. Class Action Procedures: Not applicable.

11. Bifurcation Of Discovery Or Trial: The parties do not foresee any need for or practical way to conduct discovery in phases.

12. Proposed Date For The Pretrial Conference: Within 30 days following ruling on any dispositive motions.

13. Trial Date: The parties agree that a trial date should be set at the pretrial conference.

Respectfully submitted,

_____/S/_____
Harvey S. Williams, Esq. [437147]
Law Office of Harvey S. Williams
1666 Connecticut Ave., N.W.
Suite 225
Washington, D.C. 20009
Tel (202) 462-5900
Fax (202) 462-5904

*/S/*
Beth Pepper, Esq.
201 N. Charles Street
Suite 1700
Baltimore, MD 21201
Tel (410) 752-2744
Fax (410) 752-7392

Counsel for Plaintiffs
Daniel and Lowuan Parker


*/S/*
John B. Raftery, Esq.
Stephen Nichols, Esq. [429686]
Deckelbaum Ogens & Raftery
3 Bethesda Metro Center
Ste. 200
Bethesda, MD  20814
Tel (301) 961-9200
Fax (301) 961-9229

Counsel for Defendants
Greenway Apartments, L.P. and
E & G Property Services, Inc.