## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOWUAN PARKER, et al.** * | |
| * | |
| Plaintiffs * | |
| * | Case No. 1:05CV01406 |
| v. * | Judge Ellen Segal Huvelle |
| * | |
| **GREENWAY APARTMENTS, L.P., et al.** * | |
| * | |
| Defendants. * | |

### NOTICE OF APPEARANCE

TO THE CLERK:

Please note the appearance of John B. Raftery as lead counsel for Defendants in the above-captioned case.

                         Respectfully submitted,

                         /s/ John B. Raftery
                         John B. Raftery, Bar No. 437069
                         Todd Kelting, Bar No. 479898
                         Stephen Nichols Bar No. 429686
                         Deckelbaum Ogens & Raftery, Chtd.
                         3 Bethesda Metro Center
                         Suite 200
                         Bethesda, MD 20814
                         (301) 961-9200
                         Attorneys for Defendants